IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

    vs.                                      Civ. No. 15-811 LAM/CG

**$15,000.00 IN UNITED STATES CURRENCY,**

    Defendant *in rem*.

## CERTIFICATE OF REASONABLE CAUSE

**THIS MATTER** is before the Court on the *United States' Motion for 28 U.S.C. § 2465 Certificate of Reasonable Cause (Doc. 8)*, filed December 11, 2015. Having read the motion and being fully advised in the premises, the Court **FINDS** that reasonable cause existed for arrest of the Defendant Property in this case.

**IT IS THEREFORE ORDERED** that this Certificate of Reasonable Cause be entered.

**IT IS SO ORDERED**.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**