IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

   vs.                                             Civ. No. 15-811 LAM/CG

$15,000.00 IN UNITED STATES CURRENCY,

      Defendant *in rem*.

## DEFAULT JUDGMENT AND ORDER OF FORFEITURE

**THIS MATTER** is before the Court on the *United States' Motion for Default Judgment (Doc. 7)*, filed December 11, 2015. The motion is filed pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. Having reviewed the motion and record of the case, and being fully advised in the premises, the Court **FINDS** that:

    1.    The statements contained in the Praecipe [*Doc. 6*], Clerk's Certificate of Default [*Doc. 11*], and the United States' Motion for Default Judgment [*Doc. 7*] are true.

    2.    This Court has jurisdiction over the parties to and the subject matter of this action and power to enter this Default Judgment.

**IT IS THEREFORE ORDERED** that all right, title, and interest in the Defendant Property is forfeited to the United States and title thereto is vested in the United States.

**IT IS SO ORDERED**.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**